**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

IN RE: Kimberly Roth Case                 No: 16-12441-REF

       **Debtor**                            **Second Amended Chapter 13 Plan**

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in plural).*

       Earnings of Debtor submitted to the control and supervision of Frederick L. Reigle, Esquire, Chapter 13 Trustee as follows: Debtor to pay the Trustee the total sum of Fifteen Thousand Seven Hundred Sixty-Three Dollars and Zero Cents ($15,763.00) over a period of sixty months (60). Debtor to receive credit for monies paid to the Trustee to date in the amount of $1700.00 through March 2017. Starting in April 2017, Debtor to pay the Trustee 287.00 per month for the balance of the Plan which represents 49 remaining months.

       From the payments so received, the Trustee shall make disbursements as follows:

A. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:
I. Trustee's commissions.
II. Approved attorney's fees for services rendered by Mendelsohn & Mendelsohn, P.C. in this Bankruptcy proceeding in the amount of $3,650.00

B. Payments to Priority Creditors shall be provided for as follows:
I. Topton Borough- Proof of claim # 5 for Municipal Charges-Water in the amount of $1,369.84 shall be paid via the Plan.

C. Payments to Secured Creditors shall be provided for as follows:
I. Chase Mortgage. Post-petition arrears of $7431.80 shall be paid via the Plan (via the approved Stipulation of record) and post-petition payments shall be made directly to lender and are not funded in this Chapter 13 Plan. Post petition payments shall resume to the lender with the March 2017 payment.

D . Dividends to unsecured creditors whose claims are timely filed and duly allowed shall be paid pro rata.

*Title to the debtor's property shall revest in the debtor on confirmation of a plan- upon dismissal of the case after confirmation pursuant to 11 U.S.C. 350*

Dated: March 27, 2017                              */s/ Kimberly Roth*
                                                     Debtor
Acceptance may be mailed to:                /s/ Brenna H. Mendelsohn
                                                       637 Walnut Street, Reading, PA 19601