IN RE: Kimberly Roth Case
No: 16-12441-REF
Bill for Services Rendered in Chapter 13 Case
Second Case for Debtor

3/6/16 Meeting with debtor to discuss upcoming sheriff sale, prior case discussed, income and expenses and feasibility of case, amount of arrears.    1.0 175
3/7/16 Retainer letter prepared to debtor    .4 70
3/8/16 Email to debtor re: items needed to file her case    .3 52.5
3/14/16 Multiple telephone calls from debtor re: alternatives to filing to stop sheriff sale and discuss Chapter 13 case again    .4 70
4/6/16 Meeting with debtor to prepare emergency petition and run credit report    1.0 175
4/6/16 Preparation and filing of emergency petition.    .4 70
4/6/16 Fax to Sheriff to stay sale and fax to mortgage lender    .1 70
4/6/16 Preparation and filing of motion to extend stay and service    1.0 175
4/6/16 Letter to debtor with plan information to start making payments to trustee and lender    .4 70
4/6/16 Diary date documents are due    .1 17.5
4/20/16 R/v notice of appearance    .1 17.5
4/21/16 Telephone call to debtor still need documents    .2 35
4/20/16 Preparation of a motion to extend time to file documents    .4 70
4/25/16 Preparation of a CNR and service to motion to extend stay    .5 87.5
4/26/16 R/v of Order extending stay    .2 35
4/27/16 R/v of Order granting extension and diary dates    .1 17.5
5/10/16 Meeting with debtor to prepare balance of schedules    1.0 175
5/10/16 Preparation and filing of balance of schedules and Plan    1.0 175
5/31/16 R/v of meeting of creditors notice    .2 35
5/31/16 Letter to debtor re: meeting of creditors notice and what is needed    .4 70
6/27/16 Telephone call with debtor to discuss hearing    .3 52.5
6/28/16 Attendance at 341 meeting    1.0 175
7/12/16 R/v of docket concluding 341 meeting    .1 17.5
7/25/16 Receipt and review of an objection to confirmation of plan    .2 35
7/25/16 R/v of docket re: proof of claim of mortgage lender, no claim yet and review for claims bar date    .3 52.5
7/25/16 Letter to debtor re: objection from Chase and estimated arrears they plan to File and suggestions on a loan modification    .5 87.5
8/11/16 R/v of docket re: hearing continued on confirmation    .1 17.5
9/15/16 R/v of Trustee's motion to dismiss    .3 52.5
9/15/16 Rv of file re: items needed by debtor requested at confirmation hearing    .4 70
9/15/16 Telephone call with debtor to discuss multiple items requested by Trustee in preparation for the confirmation hearing    .3 52.5
9/15/16 Emails and telephone calls to Realtor for a CMA on the property    .3 52.5
9/20/16 Review of CMA    .4 70
9/29/16 Review of documents dropped off by debtor    .5 87.5
9/29/16 Preparation of amended schedules, A/B, C, I J    .8 140
9/29/16 Review of claims register in preparation to file an amended plan as bar date

| Description | Hours | Amount |
|---|---|---|
| Has passed | .6 | 105 |
| 9/29/16 Preparation of a first amended plan with service | 1.0 | 175 |
| 9/29/16 Letter to debtor re: amended Plan | .4 | 70 |
| 9/29/16 Letter to Trustee with all work done on case | .4 | 70 |
| 10/4/16 Email from Trustee re: wants objection to confirmation withdrawn | .2 | 35 |
| 9/29/16-12/22/16 Multiple emails with first Joshua Goldman, Esq. attorney for mortgage lender re: objection to Plan and no claim filed, requests to withdraw objection or stipulation settling objection until he left the firm and then multiple emails with attorney Puleo, matter not resolved nor receipt of stipulation or withdraw of objection or filing of claim | 1.5 | 262.5 |
| 12/22/16 Attendance at confirmation hearing | .8 | 140 |
| 12/22/16 Review of Order confirming plan- | .1 | 17.5 |
| 12/22/16 Letter to debtor re: case confirming | .4 | 70 |

Total Billed: $3,570.00
Discounted Amount: $70.00
Total Due: $3,500.00

"ExB"