UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          Kimberly A. Roth                    Chapter 13

                Debtors                            Case Number: 14-12441-ref

## **ORDER**

AND NOW, upon consideration of the Motion to Modify Plan Post-Confirmation,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is furthered ORDERED that the Second Amended Chapter 13 Plan is
Confirmed.

BY THE COURT

**Date: May 2, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge