United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kimberly A Roth  
     Debtor

Case No. 16-12441-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: May 02, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.  
db        +Kimberly A Roth,   229 W. Weis Street,   Topton, PA 19562-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2017 at the address(es) listed below:

         BRENNA HOPE MENDELSOHN    on behalf of Debtor Kimberly A Roth tobykmendelsohn@comcast.net  
         DENISE ELIZABETH CARLON    on behalf of Creditor    JP Morgan Chase Bank, N.A.  
          bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Kimberly A. Roth                                   Chapter 13

        Debtors                                                    Case Number: 14-12441-ref

## **ORDER**

AND NOW, upon consideration of the Motion to Modify Plan Post-Confirmation,

IT IS HEREBY ORDERED that the Motion is GRANTED.

It is furthered ORDERED that the Second Amended Chapter 13 Plan is Confirmed.

BY THE COURT

**Date: May 2, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge