UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly A. Roth                    Chapter 13

            Debtors                    Case Number: 16-12441-REF

## **ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan,

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,000.00 as legal fees from 12/29/16-3/30/17.

BY THE COURT

**Date: May 12, 2017**

_____

Richard E. Fehling
United States Bankruptcy Judge