United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-12441-ref
Kimberly A Roth                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv           Page 1 of 1          Date Rcvd: May 12, 2017
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db            +Kimberly A Roth,    229 W. Weis Street,    Topton, PA 19562-1511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
         BRENNA HOPE MENDELSOHN    on behalf of Debtor Kimberly A Roth tobykmendelsohn@comcast.net
         DENISE ELIZABETH CARLON    on behalf of Creditor    JP Morgan Chase Bank, N.A.
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly A. Roth                                     Chapter 13


                          Debtors                           Case Number: 16-12441-REF

## **ORDER**

  AND NOW, upon consideration of the Supplemental Application for
Compensation and Reimbursement of Expenses for Services Performed After
Confirmation of Chapter 13 Plan,

  IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in
the amount of $1,000.00 as legal fees from 12/29/16-3/30/17.


                                                            BY THE COURT

**Date: May 12, 2017**

                                                            _____
                                                            Richard E. Fehling
                                                            United States Bankruptcy Judge