IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly A Roth <u>Debtor</u> | Chapter 13 |
| JPMorgan Chase Bank, National Association <u>Movant</u> vs. | NO. 16-12441 REF |
| Kimberly A Roth <u>Debtor</u> | |
| Frederick L. Reigle <u>Trustee</u> | |

### ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on March 19, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with respect to the real property at 229 West Weis Street, Topton, PA 19562, to allow JPMorgan Chase Bank, National Association, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on the aforesaid property.

**Date: October 31, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list