United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12441-ref
Kimberly A Roth                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2           Date Rcvd: Dec 14, 2017
                            Form ID: pdf900        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
```
db             +Kimberly A Roth,    229 W. Weis Street,    Topton, PA 19562-1511
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13705395      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13785040        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13705398       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13705400       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13705401       +Comenitycapital/gmstop,    Po Box 182125,    Columbus, OH 43218-2125
13705402       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13922152       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe LA 71203-4774
13705407       +LVPG Orthopedics,    1250 S Cedar Crest Blvd.,    Suite 110,    Allentown, PA 18103-6224
13840938       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Stret,    Reading, PA 19601-3524
13705410        The Borough of Topton,    205 S. Calloway Street,    Topton, PA 19562
13797424       +Topton Borough,    c/o Michael M. Monsour, Esquire,    and Joan E. London, Esquire,
                 Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
13771606        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Dec 15 2017 01:24:15     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:23:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13705397        E-mail/Text: legal-compliance@directbuy.com Dec 15 2017 01:23:44     Beta Finance Company,
                 PO Box 6000,    Crown Point, IN 46308
13705396       +E-mail/Text: banko@berkscredit.com Dec 15 2017 01:23:50     Berks Credit & Collections,
                 Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
13705405       +E-mail/Text: Bankruptcy@FCScollects.com Dec 15 2017 01:24:44     Fst Coll Srv,
                 10925 Otter Creek E Blvd,    Mabelvale, AR 72103-1661
13705406       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 15 2017 01:23:45     Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
13705408        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:32:47
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13797623        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:48:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13743047        E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2017 01:23:52
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13705411       +E-mail/Text: bkrcy@ugi.com Dec 15 2017 01:24:41     UGI Gas Service,    PO Box 13009,
                 Reading, PA 19612-3009
13705412       +E-mail/Text: bkr@virtuososourcing.com Dec 15 2017 01:24:46     Virtuoso Sourcing Grou,
                 4500 E Cherry Creek Sout,    Denver, CO 80246-1500
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13705399*      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13705403*      +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13705404*      +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13705409*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: dlv                 Page 2 of 2                   Date Rcvd: Dec 14, 2017
                              Form ID: pdf900           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Kimberly A Roth tobykmendelsohn@comcast.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    JP Morgan Chase Bank, N.A.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KIMBERLY A ROTH
                                                    : Bankruptcy No. 16-12441REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 14, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

KIMBERLY A ROTH
229 W. WEIS STREET
TOPTON,PA.19562